United States District Court
Southern District of Texas
**ENTERED**
June 08, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **RUBEN  PENA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:15-CV-202** |
| | § | |
| **EDUARDO TORRES PACHECO**, *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## DIRECTIVE TO CLERK OF COURT

Before the Court is the parties' joint stipulation of dismissal. (Dkt. 15.) Because it has been signed by all parties who have appeared, the stipulation becomes a self-effectuating document in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. As such, the Clerk of Court is hereby DIRECTED to TERMINATE this case.

SIGNED this 8th day of June, 2016.

_____
Diana Saldaña
United States District Judge